# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 15-16863-AMC

CAMILLA C. BROWN

1367 Dyre Street

Philadelphia, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CAMILLA C. BROWN

    1367 Dyre Street

    Philadelphia, PA 19124

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    CURTIS CENTER - SUITE 160 WEST
    601 WALNUT STREET
    PHILA, PA 19106-

Date: 7/14/2016

                                            /S/ William C. Miller

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee