```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                        Case No. 15-16863-amc
Camilla C. Brown                                              Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0313-2          User: PaulP            Page 1 of 2          Date Rcvd: Aug 24, 2016
                              Form ID: pdf900        Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db             +Camilla C. Brown,    1367 Dyre Street,    Philadelphia, PA 19124-1930
13605881       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13602383      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
13628887        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13602385       +Central Finl Control,    Po Box 66044,    Anaheim, CA 92816-6044
13602388       +Commonwealth of Pennsylvania,    Department of Labor & Industry,    1400 Spring Garden St,
                 Philadelphia, PA 19130-4402
13602390       +Freedomcru,    10400 Drummond Rd,    Philadelphia, PA 19154-3895
13602391       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13602392       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13602395       +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13602398       +Trident Asst,    53 Perimeter Cente Suite 440,    Atlanta, GA 30346-2294
13708708       +U.S BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PEN,    PHFA Loan Servicing Division,
                 211 North Front Street,    Harrisburg, PA 17101-1466
13602399       +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:34     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13681371        E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:34     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13602386       +E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:53     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41818,    Philadelphia, PA 19101-1818
13602389       +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 25 2016 01:59:55     Credit Coll,
                 Po Box 9134,    Needham, MA 02494-9134
13602393       +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2016 02:01:09     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13635096       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 25 2016 01:58:56     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13602394       +E-mail/Text: blegal@phfa.org Aug 25 2016 01:59:21     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13609473       +E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:53     Philadelphia Parking Authority,
                 701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13602397       +E-mail/Text: clientservices@sourcerm.com Aug 25 2016 01:59:50     Source Receivables Man,
                 4615 Dundas Dr Ste 102,    Greensboro, NC 27407-1761
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              AmeriCredit Financial Services, Inc. dba GM Financ
13631667*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13602384*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
13602387*      +City of Philadelphia,    Parking Violations Branch,    P.O. Box 41818,
                 Philadelphia, PA 19101-1818
13602400*      +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
13602396      ##philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Aug 24, 2016
                              Form ID: pdf900          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   U.S BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Camilla C. Brown dmo160west@gmail.com,
               davidoffenecf@gmail.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                         TOTAL: 5
```

# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAMILLA C. BROWN                     Chapter 13

                    Debtor          Bankruptcy No. 15-16863-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ____ day of _____, 201_ upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
CURTIS CENTER - SUITE 160 WEST
601 WALNUT STREET
PHILA, PA 19106-

Debtor:
CAMILLA C. BROWN

1367 Dyre Street

Philadelphia, PA 19124